No. 01–10878. HANNAH *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–10879. GAINES *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01–10880. GORDON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–10881. GILLEY *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 01–10882. BRAZIEL *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 01–10883. TERRY *v.* CROSS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 01–10885. MALPESO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–10887. HARRIS *v.* COUNTY OF COOK ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–10888. BENENHALEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10889. RUOTOLO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–10891. KIRBY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–10892. COLE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–10893. COLLAZO-APONTE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–10894. DE VINNY *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–10895. BLOUNT *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 01–10896. SALLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.